JOSEPH M. EGLOFF, Appellant, *v.* EDWARD C. TANGER, Respondent.

*Egloff v. Tanger*, 178 App. Div. 908, affirmed.
(Argued June 4, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 5, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at an Equity Term. The complaint alleged in substance that the defendant wrongfully embezzled and converted to his own use the proceeds of certain checks of the defunct corporation amounting to the aggregate sum of $5,492.85, the specific charge being that the defendant, respondent, while acting in a fiduciary capacity as an employee of the corporation, caused such checks, which had been signed by Mr. Hershey, as the president of the corporation, but left blank as to dates, payees and amounts, and left with the

bookkeeper to be used for the proper purposes of the corporation, to be filled in for the aggregate amount stated, made payable to him and that he wrongfully and without the knowledge of the proper officials of the corporation procured the money of the corporation thereon. The answer admitted that the defendant had received the proceeds of divers checks signed in blank by said Hershey, and dated and filled in for divers amounts to defendant's order by the bookkeeper of the corporation, but denied that such checks were so delivered without the knowledge or consent of the corporation, or its officers, and that the defendant wrongfully appropriated any of the moneys derived therefrom.

*Sardius D. Bentley* for appellant.

*Herbert J. Stull* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.